**Attachment A**

P. Benjamin Duke*
Shira M. Poliak**
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
212-841-1270
pbduke@cov.com

Robert D. Fram*
Covington & Burling LLP
415 Mission Street
San Francisco, CA 94105
415-591-7025
rfram@cov.com

Benjamin L. Cavataro (Fla. Bar No. 113534)
Morgan E. Saunders*
Elizabeth T. Fouhey*
Michael A. Fletcher II*
Covington & Burling LLP
850 Tenth Street, N.W.
Washington, DC 20001
202-662-5693
bcavataro@cov.com
msaunders@cov.com
efouhey@cov.com
mfletcher@cov.com

Michael Pernick*
Morenike Fajana*
NAACP Legal Defense & Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
212-965-2200
mfajana@naacpldf.org

Amia Trigg*
Mahogane D. Reed*
NAACP Legal Defense & Educational Fund, Inc.
700 14th Street NW, Ste. 600,
Washington, DC 20005
202-682-1300
atrigg@naacpldf.org

Nellie L. King (Fla. Bar No. 0099562)
The Law Offices of Nellie L. King, P.A.
319 Clematis Street, Suite 107
West Palm Beach, FL 33401
561-833-1084
Nellie@CriminalDefenseFla.com

*Admitted *pro hac vice* in the Underlying Case in the Northern District of Florida
**Motion for admission *pro hac vice* forthcoming in the Underlying Case in the Northern District of Florida

*Counsel for Plaintiffs NAACP of Florida, Common Cause, and Disability Rights Florida*

| | |
|---|---|
| Bradley R. McVay (FBN 79034)<br>General Counsel<br>Brad.McVay@dos.myflorida.com<br>Ashley E. Davis (FBN 48302)<br>Deputy General Counsel<br>Ashley.Davis@dos.myflorida.com<br>Florida Department of State<br>R.A. Gray Building Suite 100<br>500 South Bronough Street<br>Tallahassee, Florida 32399-0250<br>Phone: (850) 245-6536<br>Fax: (850) 245-6127 | Mohammad O. Jazil (FBN 72556)<br>mjazil@holtzmanvogel.com<br>Gary V. Perko (FBN 855898)<br>gperko@holtzmanvogel.com<br>Holtzman Vogel Baran Torchinsky<br>& Josefiak, PLLC<br>5817 Dahlgren Trail<br>Tallahassee, FL 32312<br>Phone: (850) 274-1690<br><br>*Counsel for Defendant Lee* |