# EXHIBIT E

# Saunders, Morgan

| | |
|---|---|
| **From:** | Saunders, Morgan |
| **Sent:** | Wednesday, September 1, 2021 12:46 PM |
| **To:** | Heidi Abegg |
| **Cc:** | Cavataro, Benjamin |
| **Subject:** | RE: Florida State Conference of the NAACP v. Lee |

Counsel:

Thank you for speaking with me yesterday.  As discussed, Plaintiffs can agree to a date limitation of January 1, 2019 to the present for all requests (for both Heritage Action and the Heritage Foundation).

We also agree to an extension for both Heritage Action's and the Heritage Foundations' responses to our subpoenas from September 7 to September 14, provided rolling document productions begin during that time period.  We request both of your clients substantially complete their document productions by September 20 so that we have time to review and follow up before the close of discovery in this case.

If after the date range is applied you would still like to limit custodians, we ask that you provide us a list of all employees for both organizations who played any direct or indirect role in voting-related advocacy for the organizations.  Please also include a description of their respective role.

At this time, we do not have a list of specific search terms.  We would be happy to meet and confer on this point if, after the date range is applied, you still have a prohibitively large set of documents.


Best,

Morgan


Morgan E. Saunders
Pronouns: She/Her/Hers

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5956 | msaunders@cov.com
www.cov.com




-----Original Message-----
From: Heidi Abegg <habegg@wc-b.com>
Sent: Tuesday, August 31, 2021 3:48 PM
To: Saunders, Morgan <MSaunders@cov.com>
Subject: RE: Florida State Conference of the NAACP v. Lee

[EXTERNAL]

Morgan:

Thank you for your time today. I realized after we hung up that there are two subpoenas (one to Heritage Foundation and another to Heritage Action for America).  Could your response, extension, etc. apply equally to both?

Thanks in advance,

Heidi K. Abegg
Senior Counsel
Webster, Chamberlain & Bean, LLP
1747 Pennsylvania Ave., N.W.
Suite 1000
Washington, D.C. 20006
Tel: 202-785-9500
Fax: 202-835-0243
Email: habegg@wc-b.com

Under applicable U.S. Treasury Regulations we are required to inform you that any advice contained in this email or any attachment hereto is not intended or written to be used, and cannot be used, either (i) to avoid penalties imposed under the Internal Revenue Code, or (ii) for promoting, marketing, or recommending to another party any tax-related matter addressed herein.
This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone at +1-202-785-9500 or by electronic mail at info@wc-b.com immediately.


-----Original Message-----
From: Saunders, Morgan <MSaunders@cov.com>
Sent: Friday, August 27, 2021 5:14 PM
To: Heidi Abegg <habegg@wc-b.com>
Subject: Automatic reply: Florida State Conference of the NAACP v. Lee

I am traveling and my responses to email may be delayed.  For any matter that requires immediate attention, please call my cell phone: ▌▌▌▌▌▌▌▌▌▌.