# EXHIBIT H

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al.,**

    *Plaintiffs*,

v.                              Case No.: 4:21cv187-MW/MAF

**LAUREL M. LEE, in her official capacity as Florida Secretary of State, et al.,**

    *Defendants,*

and

**NATIONAL REPUBLICAN SENATORIAL COMMITTEE and REPUBLICAN NATIONAL COMMITTEE,**

    *Intervenor-Defendants.*

_____/

## ORDER DENYING MOTION TO COMPEL

Plaintiffs move to compel non-parties Heritage Foundation and Heritage Action for America (Heritage) to produce documents responsive to subpoenas Plaintiffs served on Heritage pursuant to Federal Rule of Civil Procedure 45. ECF No. 231.

Under Rule 45, if "[a] person commanded [by subpoena] to produce documents or tangible things" objects to the subpoena, they may "serve on the party or attorney designated in the subpoena a written objection . . . to producing electronically stored information in the form or forms requested." Fed. R. Civ. P. 45(d)(2)(B). "The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served." *Id.* Here, Heritage timely served objections on Plaintiffs. *See* ECF No. 231-4.

Rule 45 further provides that, "on notice to the commanded person, the serving party *may move the court for the district where compliance is required* for an order compelling production." Fed. R. Civ. P. 45 (d)(2)(B)(i) (emphasis added). The problem here is that this Court is not the court for the district where compliance is required.

After the 2013 amendments to Rule 45, "[t]he prevailing rule across federal courts is that a subpoena's place of compliance is the district where documents are to be produced." *Collins v. Koch Foods, Inc.*, No. MC 119-008, 2019 WL 2520308, at *2 (S.D. Ga. June 18, 2019) (collecting cases); *accord In re 3M Combat Arms Earplug Prod. Liab. Litig.*, No. 3:19-md-2885, 2020 WL 8673437, at *2 (N.D. Fla. Nov. 18, 2020).

Here, the subpoenas state that the requested documents are to be produced at 319 Clematis Street, Suite 107 West Palm Beach, Florida. ECF Nos. 231-1 and 231-

2

2. West Palm Beach is in the Southern District of Florida. Accordingly, the Southern District of Florida is the district where compliance is required, and Plaintiffs must move to compel production there. *See Collins*, 2019 WL 2520308, at *2 ("the subpoena at issue requires compliance in the Northern District of Alabama, and therefore, this Court lacks jurisdiction to hear the motion to compel."). Accordingly, Plaintiffs' motion to compel, ECF No. 231, is **DENIED without prejudice** to refile in the appropriate district.

      **SO ORDERED on September 24, 2021.**

                                          <u>s/Mark E. Walker</u>
                                          **Chief United States District Judge**