# EXHIBIT I

**To:**    Maida_Michael[Michael.Maida@myfloridahouse.gov]
**From:**  Blaise For Florida[info@blaiseforflorida.com]
**Sent:**  Tue 7/13/2021 4:16:40 PM (UTC-04:00)
**Subject:** Fwd: Connecting

**EXTERNAL EMAIL:** This email originated from outside of the Legislature. USE CAUTION when clicking links or opening attachments unless you recognize the sender and know the content is safe.

---------- Forwarded message ---------
From: **Karen Jaroch** <karen.jaroch@heritageaction.com>
Date: Thu, Apr 1, 2021 at 12:32 PM
Subject: Re: Connecting
To: Jennifer butler <jennifer.butler@heritageforamerica.org>
Cc: Blaise For Florida <info@blaiseforflorida.com>

Thanks Jennifer.

Blaise, you did a terrific job introducing HB7041 in the Election Committee last week. Thank you for your work! If you have a few minutes, I'd love to discuss a few specifics on the bill. I would welcome a phone call whenever you have a couple of minutes to spare. My work phone is below but my cell phone is 813-318-2344. Looking forward to speaking with you soon!

Best,
Karen

**Karen Jaroch**
*Gulf States Regional Coordinator*
Heritage Action for America
Cell: 202-716-8087

On Tue, Mar 30, 2021 at 11:59 AM Jennifer butler <jennifer.butler@heritageforamerica.org> wrote:

Rep. Ingoglia,
We are definitely engaging - our regional coordinator Karen Jaroch testified at the hearing and is on-the-ground in Florida. I am including her on this email since we want to be helpful with our grassroots.
Jennifer Butler
Heritage Action for America

Sent from my iPad

On Mar 23, 2021, at 1:48 PM, Blaise For Florida <info@blaiseforflorida.com> wrote:

Hey Jennifer!
Reach out to me anytime via this email.

Blaise

On Mon, Mar 22, 2021 at 11:36 PM Sal Nuzzo <snuzzo@jamesmadison.org> wrote:

Hello Jennifer - connecting you directly with Representative Blaise Ingoglia here. Rep Ingoglia is the sponsor for the House's bill on election security.

I'll leave it to you to discuss and let me know if JMI can be of any assistance.

Best!

Sal

--

Political Advertisement Paid For And Approved By Blaise Ingoglia, Republican, For State Representative District 35

--

Political Advertisement Paid For And Approved By Blaise Ingoglia, Republican, For State Representative District 35