# EXHIBIT J



**JEREMIAH HAWKES**
*General Counsel*

## THE FLORIDA SENATE

**OFFICE OF THE GENERAL COUNSEL**

*Location*
302 The Capitol

*Mailing Address*
404 South Monroe Street
Tallahassee, Florida  32399-1100
(850) 487-5237

Senate's Website:  www.flsenate.gov

# EXTENSIVE USE FEE ESTIMATE INVOICE

| Date: 08/19/2021 | PRR#: 139 | Requestor Name:  Morgan Saunders (Covington & Burling LLP) |
|---|---|---|

| **ESTIMATED EXTENSIVE USE** | **Approximate # of Emails/Hardcopy Documents/Other** | **Estimated Hours** | **Estimated Cost** |
|---|---|---|---|
| **Stage 1 Review:** Compilation/Research/Processing/Initial Redactions | 9,041 | 30.13 | $940.16 |
| **Stage 2 Review:** Legal Review/Redaction | 9,041 | 30.13 | $1,147.48 |
| **Total Estimate** | | | **$2,087.64** |

Some public records requests are able to be fulfilled without a charge.  Senate Rule 1.48(5) allows a reasonable special service charge in addition to the actual cost of duplication for public records requests that require an extensive use of Senate resources and labor cost of the employees providing the service.

"Extensive Use" is defined as any public records request that requires **more than two hours** of Senate resources to research, process and redact exempt information.  This public records request is expected to require extensive Senate resources to fulfill.

Payment equaling 75% of the estimated cost is due prior to proceeding with processing the request. Requests will not be processed until payment is received.

**Note:** An extensive use fee estimate is calculated by the estimated time it will take to review the number of e-mails and/or hardcopy pages (including .pdf documents and attachments) that have been identified through searches as possibly being responsive to a request.

**WILTON SIMPSON**
President of the Senate

**AARON BEAN**
President Pro Tempore

# Saunders, Morgan

| | |
|---|---|
| **From:** | Office of Open Government <opengovernment@myfloridahouse.gov> |
| **Sent:** | Tuesday, September 21, 2021 2:25 PM |
| **To:** | Saunders, Morgan |
| **Subject:** | PRR #140 Saunders (Elections Bill) |
| **Attachments:** | 2021.08.08 Public Records Request Florida House.pdf |

**[EXTERNAL]**

In response to the attached request, records that are maintained by the House for the 11 members listed in the request, i.e., email accounts and document drives on the House server, were searched for public records that meet the criteria of your request. Those searches yielded a substantial number of emails and documents. Before a response is provided, each record must be reviewed to determine whether it meets the definition of "public record" found in s. 11.0431(4), F.S., is responsive to the request, or contains exempt or confidential information that must be redacted. Reviewing such a large number of records will require a significant use of House resources.

The estimated cost of reviewing and processing the emails alone is $6,699. At least 75% of the estimate ($5,024) must be received as an initial payment before we process the emails any further. If the actual cost of producing a response to your request is more than your initial payment, the difference must be paid before any records are released. If full payment is not received after the records are reviewed, the initial payment will not be refunded and the records will not be released. However, if the actual cost is less than your initial payment, the difference will be refunded and the records will be provided.

Please note that partial responses will not be provided while we are reviewing and processing the records.

If you wish to proceed with the request as is, please reply so that we can provide additional payment information and calculate the fee for the document review. If you wish to modify the request, please reply and provide specific search parameters for each part of the request.

Please note that chapter 119 does not apply to the legislative or judicial branches of Florida's state government.

No further action will be taken on this request until we hear from you.

Kind regards,

Office of Open Government
Florida House of Representatives

Please Note: The Florida Constitution requires disclosure of public records unless a Florida Statute exempts the records from the disclosure requirement. Therefore, the contents of your email and your email address are subject to public disclosure unless a specific statute exempts them from the Constitution's disclosure requirements. Most emails to and from House members and staff that were sent or received in connection with the transaction of legislative business are public records that will be made available to the public and media upon request.

---

**From:** Office of Open Government
**Sent:** Tuesday, August 10, 2021 8:55 AM
**To:** 'MSaunders@cov.com' <MSaunders@cov.com>
**Subject:** PRR #140 Saunders (Elections Bill)

The Office of Open Government received the attached request. The request will be processed and answered in accordance with Article 1, Section 24(c) of the Florida Constitution; section 11.0431, Florida Statutes; and House Rules 14.1 and 14.2.

Please note that Chapter 119, F.S., does not apply to the legislative or judicial branches of Florida's state government.

The attached request appears to ask for the same records as the request that you submitted on August 6, 2021, except that Representatives Roach and Grall are added to the list of members. We will provide a response to the attached request, but will not provide a separate response to the request submitted on August 6, 2021.

Kind regards,

Office of Open Government
Florida House of Representatives

---

**From:** Saunders, Morgan
**Sent:** Monday, August 09, 2021 12:17 PM
**To:** Office of Open Government
**Cc:** Poliak, Shira M
**Subject:** Public Records Request

> **EXTERNAL EMAIL:** This email originated from outside of the Legislature. USE CAUTION when clicking links or opening attachments unless you recognize the sender and know the content is safe.

Counsel,

Attached please find a public records request. Thank you for your attention to this request.

Best,
Morgan Saunders


**Morgan E. Saunders**

Pronouns: She/Her/Hers

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5956 | msaunders@cov.com
www.cov.com

**COVINGTON**

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.