## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, COMMON CAUSE, and DISABILITY RIGHTS FLORIDA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LAUREL M. LEE, <br><br>    in her official capacity as Florida Secretary of State, et al., <br><br> Defendants, <br><br> REPUBLICAN NATIONAL COMMITTEE and NATIONAL REPUBLICAN SENATORIAL COMMITTEE, <br><br> Intervenor-Defendants. | Misc. Case No. |

# [PROPOSED] ORDER GRANTING PLAINTIFFS MOTION TO COMPEL NON-PARTY HERITAGE TO COMPLY WITH A SUBPOENA TO PRODUCE DOCUMENTS PURSUANT TO FED. R. CIV. P. 45

THIS MATTER is before the Court on Plaintiffs, Florida State Conference of Branches and Youth Units of the NAACP, Common Cause, and Disability Rights Florida, ("Plaintiffs") Motion to Compel The Heritage Foundation and Heritage Action For Americas ( jointly, "Heritage"). to Comply with a Subpoena to Produce Documents Pursuant to Fed. R. Civ. P. 45 ("Motion").  The Court, having considered the papers filed by the parties and all arguments in support of and against the Motion, and hereby **GRANTS** the Motion.

Heritage is hereby **ORDERED** to comply with Plaintiffs' subpoena within ten (10) days of this Order.

**IT IS SO ORDERED**.

DATED: _____

_____